UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1410,** | * | Case No. 3:12-cv-368 |
| | * | |
| *Plaintiff,* | * | |
| vs. | * | |
| **KINNISON EXCAVATING INC.,** an Ohio corporation, | * | ORDER OF DISMISSAL |
| *Defendant.* | * | |
| | * | |

Plaintiff's motion to dismiss this action with prejudice is GRANTED.

IT IS THEREFORE ORDERED that this matter is dismissed. The Clerk of Court is ORDERED to administratively terminate this action.

*It is so ordered.*

August 12, 2013                     s/***Thomas M. Rose***
_____
UNITED STATES DISTRICT JUDGE